**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000002
14-OCT-2020
10:20 AM
Dkt. 126 OAWST**

NO. CAAP-20-0000002


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CHRISTINE ARVISO, Plaintiff-Appellant, v.
WEST MAUI MOUNTAIN ADVENTURES, LLC, a Hawaiʻi limited company
doing business as KAHOMA RANCH TOURS; KAHOMA, LAND, LLC,
a Hawaiʻi limited liability company; Defendants-Appellees,
JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50,
DOE UNINCORPORATED ASSOCIATIONS 1-50,
DOE LIMITED LIABILITY COMPANIES 1-50,
DOE GOVERNMENTAL AGENCIES 1-50, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC161000345)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Chan and Wadsworth, JJ.)

Upon consideration of the "Stipulation for Dismissal With Prejudice as to All Claims and All Parties" (**Stipulation**), filed August 17, 2020, by Plaintiff-Appellant Christine Arviso, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties appearing in the appeal stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; and

(4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, October 14, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge